## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MICHAEL LARNER,**

   *Plaintiff*,

**v.**                                                          **Case No.: 5:26cv39-MW/MJF**

**SECRETARY, DEPARTMENT OF
CORRECTIONS,**

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to comply with two Court Orders and failure to pay the filing fee." The Clerk shall close the file.

**SO ORDERED on May 13, 2026.**

                                          **s/Mark E. Walker**
                                          **United States District Judge**